

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RHONDA J. HARPSTER | |
| Plaintiff, | Case No.: AMD 00 CV 2108 |
| v. | |
| BAYSHORE DEVELOPMENT CORP.<br>t/a JOLLY ROGER AMUSEMENT PARK<br>Defendant | |

## ORDER

Upon the foregoing Motion to Extend Time for Filing Answer to Complaint and any response thereto, the Motion is GRANTED, and the Answer filed with the Motion is accepted as being timely filed.

12/12/2000
Date

JUDGE ANDRE M. DAVIS

cc: Attorney for Defendant
Austin W. Brizendine, Jr.
BRIZENDINE, BERGEN & TRIPODA
Suite 405
9690 Deereco Rd.
Timonium, MD 201093

Attorney for Plaintiff
Charles J. Jannace, III, Esquire
231 East Main Street
Salisbury, MD 21801

- 4 -