IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RHONDA J. HARPSTER | |
| Plaintiff, | |
| v. | Civil Action AMD 00 CV 2108 |
| BAYSHORE DEVELOPMENT CORP t/a JOLLY ROGER AMUSEMENT PARK | |
| Defendant | |

### ORDER GRANTING MOTION TO FILE THIRD PARTY COMPLAINT

Upon the foregoing Motion to File Third Party Complaint, there being no objection thereto, it is this 30th day of Jan, 2001;

ORDERED, by the Court, that the Motion is hereby granted, and the Third Party Complaint naming Michael O. Harpster as a Third Party Defendant attached to the Motion is accepted as being filed.

Andre M. Davis
United States District Judge

cc: Charles J. Jannace, III, P.C.
231 E. Main Street
Salisbury, MD 21801

Austin W. Brizendine, Jr.
BRIZENDINE, BERGEN & TRIPODA
9690 Deereco Road, Suite 405
Timonium, Maryland 21093

- 4 -